[Crim. No. 596. Third Appellate District.—November 29, 1921.]

## In the Matter of the Application of VICTOR DEL BONO for a Writ of Habeas Corpus.

[1] CRIMINAL LAW—CHARGE OF MURDER—PRELIMINARY EXAMINATION —HOLDING OF DEFENDANT TO ANSWER—SUFFICIENCY OF EVIDENCE. On this application for a writ of *habeas corpus* to secure the release of the petitioner on the ground that the evidence taken at his preliminary examination on a charge of murder does not show reasonable or probable cause for holding him to answer, the petition is denied on the ground that the evidence satisfactorily shows the existence of both reasonable and probable cause.

APPLICATION for a Writ of Habeas Corpus. Denied.

The facts are stated in the opinion of the court.

Joseph Barcroft and D. P. Barcroft for Petitioner.

THE COURT.—The petitioner was arrested on a charge of murder and at the conclusion of his preliminary examination the magistrate before whom such examination was had made an order holding him to answer and committing him to the custody of the sheriff.

[1] This proceeding is prosecuted on the ground that the evidence taken at the preliminary examination does not show reasonable or probable cause for holding the defendant to answer the charge in the superior court. In view of the trial to be had in the superior court it is thought proper not to discuss the evidence. A careful examination of all the evidence taken at the preliminary examination satisfactorily shows that there is reasonable and probable cause for holding the defendant to answer.

The petition for the writ is denied.